UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No.  00-cr-00363-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVON GLOVER,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion to Withdraw filed by the Office of the Federal Public Defender, through Virginia L. Grady, Assistant Federal Public Defender.  The motion asserts that the Office of the Public Defender has an untenable conflict of interest in connection with the representation of Defendant Devon Glover due to past representation of another client who is a co-defendant of Glover in a case filed in New Mexico.  The Petition to Revoke Supervised Release is based, in part, on the co-defendant's involvement with Mr. Glover in the New Mexico prosecution.

I find, based on the conflict of interest discussed in the motion, that defense counsel has shown that withdrawal from this case is appropriate.  Accordingly, it is

ORDERED that the Motion to Withdraw is **GRANTED**.  The Office of the Public Defender and Virginia Grady, Assistant Federal Public Defender, shall be withdrawn from representation of the Defendant. The Clerk of the Court is directed to appoint replacement counsel for Defendant from the CJA list.  It is

FURTHER ORDERED that the Supervised Release Violation Hearing set for Wednesday, September 19, 2007, at 3:00 p.m. is **VACATED**, to be reset once substitute counsel has entered an appearance on behalf of Defendant.

Dated:  September 19, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge