UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  00-cr-00363-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEVON GLOVER,

      Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Counsel for the parties shall contact the Court to reset the Supervised Release Violation Hearing by **Tuesday, October 9, 2007.**

      Dated:  October 1, 2007