UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  00-cr-00363-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DEVON GLOVER,

     Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     A Supervised Release Violation Hearing is set for **Thursday, November 1, 2007 at 4:00 p.m.**

     Dated:  October 1, 2007